**Order entered February 27, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00362-CR**
**No. 05-18-00363-CR**
**No. 05-18-00364-CR**

**JOHN F. SEAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-44837-P, F17-44838-P & F17-44846-P**

## ORDER

Before the Court is appellant's February 21, 2019 pro se motion requesting a second extension to file his brief. The Court **GRANTS IN PART** appellant's motion and **ORDERS** his brief filed within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send a copy of this order to John Seay; TDCJ No. 00627969; Byrd Unit; 21 FM 247; Huntsville, Texas 77320.

/s/    LANA MYERS
        JUSTICE